964

The People of the State of Illinois, Plaintiff-Appellee, *v.* Chauncey Hagans, Defendant-Appellant.

(No. 74-101;

Second District (2nd Division)—August 15, 1975.

Opinion by Mr. PRESIDING JUSTICE RECHENMACHER.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan (James W. Jerz and Edward N. Morris, both of Illinois State's Attorneys Association, of counsel), for the People.